**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTIN HAWTHORNE, | NO. CV 10-5760-CW |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

DATED: June 13, 2011

_____
CARLA M. WOEHRLE
United States Magistrate Judge